1  Joseph C. Maher II, Esq. (CSBN 164117)
2  Stephen J. Healy, Esq. (CSBN 133192)
   WEITZ & LUXENBERG, P.C.
3  1880 Century Park East, Suite 700
   Los Angeles, California 90067
4  Tel.: (310) 247-0921
5  Fax: (310) 786-9927
   Email: jmaher@weitzlux.com
6  Email: shealy@weitzlux.com
7  Attorneys for Plaintiffs

8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11  MICHAEL ALLEN, an individual; and<br>12  CARLA ALLEN, an individual; | CASE NO. 3:11-cv-04495 |
| 13                Plaintiffs, | |
| 14  v. | |
| 15 | |
| 16  FLOWSERVE US, INC., individually and<br>    as successor in interest to ALDRICH<br>17  PUMP CO., and EDWARD VALVES,<br>    INC.;<br>18<br>    INGERSOLL-RAND COMPANY,<br>19  individually and as successor in interest to<br>    ALDRICH PUMP CO.;<br>20<br>    FLOWSERVE CORPORATION.,<br>21  individually and as successor in interest to<br>    ALDRICH PUMP CO.;<br>22<br>    INVENSYS SYSTEMS, INC., individually<br>23  and as successor to EDWARD VALVES;<br>    GENERAL ELECTRIC COMPANY;<br>24  FOSTER WHEELER, LLC, a/k/a and<br>25  individually and as successor in interest to<br>    FOSTER WHEELER CORPORATION<br>26  and FOSTER WHEELER ENERGY<br>27  CORPORATION;<br>28  FOSTER WHEELER ENERGY | [~~PROPOSED~~] ORDER ON<br>STIPULATION FOR REMAND |

- 1 -

1  CORPORATION, a/k/a and individually and as successor in interest to FOSTER
2  WHEELER CORPORATION and FOSTER WHEELER, LLC;
3  VIAD CORPORATION f/k/a THE DIAL
4  CORPORATION individually and as successor in interest to GRISCOM-
5  RUSSELL COMPANY;
6  CAMERON INTERNATIONAL CORPORATION f/k/a COOPER
7  CAMERON CORPORATION, f/k/a and individually and as successor in interest to
8  THE COOPER-BESSEMER
9  CORPORATION;
10 GARDNER DENVER, INC., f/k/a GARDNER DENVER MACHINERY,
11 INC.;
12 COOPER US, INC., f/k/a COOPER INDUSTRIES, LLC, as successor in
13 interest to GARDNER DENVER, INC.;
14 IMO INDUSTRIES, INC., individually and as successor in interest to DELAVAL
15 STEAM TURBINE COMPANY,
16 DELAVAL TURBINE, INC. and C.H. WHEELER MANUFACTURING
17 COMPANY;
18 ALFA LAVAL, INC., individually and as successor in interest to THE DELAVAL
19 SEPARATOR COMPANY and
20 SHARPLES CORPORATION;
21 AIR & LIQUID SYSTEMS CORPORATION, a subsidiary of
22 AMPCO-PITTSBURGH
23 CORPORATION, individually and as successor by merger to BUFFALO
24 PUMPS, INC., individually and as successor in interest to BUFFALO FORGE
25 COMPANY;
26 CRANE CO., individually and as successor in interest to CHAPMAN VALVE
27 COMPANY;
28

[PROPOSED] ORDER ON STIPULATION FOR REMAND

WEITZ & LUXENBERG P.C.
A PROFESSIONAL CORPORATION
LAW OFFICES
1880 CENTURY PARK EAST, SUITE 700
LOS ANGELES, CALIFORNIA 90067

WEITZ & LUXENBERG P.C.
A PROFESSIONAL CORPORATION
LAW OFFICES
1880 CENTURY PARK EAST, SUITE 700
LOS ANGELES, CALIFORNIA 90067

| | |
|---|---|
| 1 | YARWAY CORPORATION; |
| 2 | CBS CORPORATION f/k/a VIACOM, INC., successor by merger to CBS |
| 3 | CORPORATION f/k/a WESTINGHOUSE ELECTRIC CORPORATION; |
| 4 | PATTERSON PUMP COMPANY; |
| 5 | BLACKMER PUMP COMPANY; CARRIER CORPORATION; |
| 6 | EATON CORPORATION, individually |
| 7 | and as successor to CUTLER-HAMMER, INC.; |
| 8 | SCHNEIDER ELECTRIC USA, INC., f/k/a SQUARE D COMPANY; |
| 9 | SYD CARPENTER, MARINE |
| 10 | CONTRACTOR, INC.; |
| 11 | HILL BROTHERS CHEMICAL COMPANY; |
| 12 | METALCLAD INSULATION CORPORATION; |
| 13 | GEORGIA-PACIFIC LLC, f/k/a |
| 14 | GEORGIA-PACIFIC CORPORATION individually and as successor in interest to |
| 15 | Bestwall Gypsum Company; |
| 16 | CERTAINTEED CORPORATION; |
| 17 | DOWMAN PRODUCTS, INC.; KAISER GYPSUM COMPANY, INC.; |
| 18 | CALPORTLAND COMPANY, f/k/a |
| 19 | CALIFORNIA PORTLAND CEMENT COMPANY; |
| 20 | SOCO-WEST, INC. f/k/a BRENNTAG |
| 21 | WEST, INC. f/k/a SOCO-LYNCH CORPORATION, successor in interest to |
| 22 | WESTERN CHEMICAL & MANUFACTURING CO.; |
| 23 | KELLY-MOORE PAINT COMPANY, |
| 24 | INC.; |
| 25 | HONEYWELL INTERNATIONAL, INC., f/k/a and individually and as successor in |
| 26 | interest to ALLIED SIGNAL, INC., |
| 27 | individually and as successor in interest to BENDIX CORPORATION; |
| 28 | |

- 3 -

[PROPOSED] ORDER ON STIPULATION FOR REMAND

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10 | PNEUMO ABEX CORPORATION, individually and as successor in interest to ABEX CORPORATION, as successor in interest to AMERICAN BRAKEBLOK CORPORATION and as successor in interest to AMERICAN BRAKE SHOE COMPANY;<br>BORG-WARNER CORPORATION, by its successor in interest, BORGWARNER MORSE TEC INC.;<br>CSR, LTD., f/k/a COLONIAL SUGAR REFINING COMPANY, INC.;<br>and DOES 1 through 400, inclusive,<br><br>                              Defendants. |

11   THIS MATTER HAVING COME BEFORE THE COURT by the Joint
12   Stipulation to Remand this case to the Superior Court for the State of California,
13   County of Alameda, by and between counsel for Plaintiffs and counsel for Defendant
14   VIAD CORPORATION f/k/a THE DIAL CORPORATION individually and as
15   successor in interest to GRISCOM-RUSSELL COMPANY, in the above referenced
16   matter,

17

18   It is hereby ORDERED that this matter is REMANDED forthwith.

19

20   **IT IS SO ORDERED.**

21

22   DATED: September __21__, 2011

23

24                              _[signature]_

25                              Judge of the United States District Court

26

27

28

- 4 -

[PROPOSED] ORDER ON STIPULATION FOR REMAND